# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **AMANDA K. GREEN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. CIV-07-245-RAW** |
| ) | |
| **MICHAEL J. ASTRUE**, ) | |
| **Commissioner of Social** ) | |
| **Security Administration**, ) | |
| ) | |
| Defendant. ) | |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On February 24, 2009, Magistrate Judge Shreder entered his Findings and Recommendations, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 18th day of MARCH, 2009.

Dated this 18th Day of March 2009.

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0