# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA K. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-07-245-RAW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## J U D G M E N T

By Order entered this date, this Court ordered that this matter be remanded to Defendant.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Defendant's decision is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

**IT IS SO ORDERED** this 18th day of MARCH, 2009.

**Dated this 18th Day of March 2009.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0